October 31, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

RALPH O. DOUGLAS, Appellant

NO. 14-12-00699-CV                              V.

HONORABLE BRADY G. ELLIOTT, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Honorable Brady G. Elliott, signed June 28, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Ralph O. Douglas to pay all costs incurred in this appeal.

We further order this decision certified below for observance.